1  Sean M. Sullivan (CA State Bar No. 229104)
   Email:  seansullivan@dwt.com
2  Diana Palacios (CA State Bar No. 290923)
   Email:  dianapalacios@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, Suite 2400
4  Los Angeles, California  90017
   Telephone:  (213) 633-8644
5  Facsimile:   (213) 633-6899

6  Cindy L. Caditz (*pro hac vice to be filed*)
   Email:  cindycaditz@dwt.com
7  DAVIS WRIGHT TREMAINE LLP
   1201 Third Avenue, Suite 2200
8  Seattle, Washington 98101-3045
   Telephone:  (206) 757-8097
9  Facsimile:   (206) 757-7097

10 Attorneys for Plaintiff
   FOOD FORWARD, INC.

IN THE UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF CALIFORNIA

| FOOD FORWARD, INC., a California nonprofit corporation, | Case No. |
|---|---|
| Plaintiff, | **COMPLAINT FOR TRADEMARK INFRINGEMENT; FALSE DESIGNATION OF ORIGIN; AND UNFAIR COMPETITION** |
| v. | |
| GROWING FOOD FORWARD, a Colorado nonprofit corporation, | **DEMAND FOR JURY** |
| Defendant. | |

COMPLAINT
DWT 30850932v1 0200563-000008

Plaintiff Food Forward, Inc. ("Food Forward") files this Complaint against Defendant Growing Food Forward ("GFF"), alleging as follows:

## I.   INTRODUCTION

1. Food Forward and GFF are nonprofit organizations with the same mission and goals: obtaining and providing food to feed hungry people and communities in need. Both organizations support their mission through monetary donations, including contributions from donors located in Los Angeles, California.

2. Upon discovery of GFF and its use of the mark GROWING FOOD FORWARD in connection with its charitable services, Food Forward advised GFF of its rights in the name and mark FOOD FORWARD. Food Forward has used the name and mark FOOD FORWARD since at least as early as April 2009. GFF was formed in January 2014.

3. GFF has refused to stop use of the FOOD FORWARD name and mark and has further threatened to cause injury and damage to Food Forward through supporters, donors and members of its organization who are in Los Angeles and are "well connected in LA."

4. GFF continues to use and willfully infringe Food Forward's trade name and trademark rights.

5. Food Forward has attempted to amicably resolve this matter with GFF but has received no cooperation or response from GFF.

## II.   PARTIES

6. Food Forward is a California nonprofit corporation with its principal place of business in North Hollywood, California. Food Forward rescues fresh produce that would otherwise go to waste – including fruit growing on private property and in public spaces, and fruits and vegetables from farmers and wholesale markets -- and provides that produce to agencies providing hunger relief, thereby connecting it with people in need. To support its mission, Food Forward receives monetary donations from across the country, including significant contributions

from donors in Los Angeles and throughout Southern California where Food Forward is based.

7. On information and belief, GFF is a Colorado nonprofit corporation with its principal place of business in Rifle, Colorado. GFF reclaims unused space to grow fruits and vegetables and provides the produce to people and communities in need. GFF supports its mission through monetary donations, including donors in the Los Angeles area.

### III.   JURISDICTION & VENUE

8. This is an action for trademark infringement, false designation of origin, and unfair competition arising under the Lanham Act, 15 U.S.C. § 1051 et seq., unfair competition in violation of the California Business & Professions Code §§ 17200 et seq., and the common law of California. This Court has subject matter jurisdiction under 15 U.S.C. § 1121 (Lanham Act actions), 28 U.S.C. §§ 1331 (federal question), 1338(a) (trademark claims), 1338(b) and 1367 (supplemental jurisdiction).

9. The Court has personal jurisdiction over GFF, because it does business in this District; and because GFF, with knowledge of Food Forward's superior trademark rights, has committed acts of trademark infringement and unfair competition by promoting its charitable services and actively soliciting donations and volunteers in this District.

10. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

### IV.   FOOD FORWARD'S RIGHTS IN THE FOOD FORWARD TRADEMARK

11. Food Forward is a volunteer-powered nonprofit organization that recovers excess fruit and vegetables from private properties, public spaces, farmers and wholesale markets, redirecting 100% of the food to local direct-service agencies who feed those in need. Food Forward, in partnership with its direct-service

partners, provides food to over 100,000 clients a month.  Since it was founded in 2009, Food Forward has recovered over 15 million pounds of produce.

12. Food Forward has used the name and mark FOOD FORWARD continuously since 2009, reaching out to donors, volunteers, and establishing connections with its many direct-service partners.  Food Forward owns U.S. Trademark Registration No. 4,490,431 for FOOD FORWARD, attached as Exhibit A, for "charitable services, namely, coordination of the procurement and distribution of food donations from manufacturers, wholesalers, retailers, and private citizens to organizations providing free food to needy people; wholesale food distributorship services."  This registration is valid and subsisting and, together with Food Forward's common law rights in the FOOD FORWARD mark, is referred to as the "FOOD FORWARD Trademark."

13. Food Forward owns the domain <foodforward.org> and has a website at www.foodforward.org that promotes its services.  Food Forward also promotes its services identified by the FOOD FORWARD Trademark on its social media pages, including Facebook at www.facebook.com/foodforwardla/, Twitter at http://twitter.com/foodforwardla, and Instagram at www.instagram.com/foodforward/.

14. Food Forward's history and its commitment to its unique model of simultaneously reducing waste and helping California's most vulnerable has earned it considerable monetary support from individuals and organizations throughout the United States and abroad.  With direct ties to the community, Food Forward has significant support within California and particularly in Los Angeles, from donors, organizations, and direct-service partners, ranging from individuals to large foundations.

15. Food Forward's efforts have captured attention from national press, including Bloomberg Moneywatch, Los Angeles Times, ABC News, The Atlantic, Telemundo, Huffington Post, and NPR.  Food Forward's donors, volunteers, food

providers and food recipients have come to rely upon and look for the FOOD FORWARD Trademark to identify a nonprofit service committed to gathering surplus food and transferring it to those in need.  As a result, the FOOD FORWARD Trademark symbolizes valuable goodwill and reputation.

## V.   GFF'S INFRINGING ACTIVITIES

16.   On information and belief, GFF "is a volunteer driven charitable nonprofit organization founded in 2014 that reclaims unused space to grow fruits and vegetables, and gives 100% of the produce to the hunger relief meal service programs serving [those in need]."  See www.growingfoodforward.org.  In 2014, GFF began use of the name and mark GROWING FOOD FORWARD in connection with its services, including raising money to support its activities.

17.   GFF owns the domain <growingfoodforward.org> and promotes its services through its website at www.growingfoodforward.org.  GFF's website name subsumes the entirety of Food Forward's website name, www.foodforward.org.  GFF also promotes its services identified by the mark GROWING FOOD FORWARD on social media pages, including Facebook at www.facebook.com/GrowingFoodForward, Twitter at http://twitter.com/growfoodforward,  and Pinterest at www.pintrest.com/kimdoylewille/growing-food-forward/, all of which contain the words and metatags "food forward" in the URL naming convention.

18.   The name and mark GROWING FOOD FORWARD subsumes the entirety of the trademark FOOD FORWARD.

19.   On information and belief, GFF uses the name and mark GROWING FOOD FORWARD to provide charitable food redistribution services which are the same services provided by Food Forward.  Consumers, donors and sponsors would reasonably believe and expect the services of Food Forward and GFF to come from the same source.

4

20. On information and belief, GFF promotes it services and solicits donations in the same channels of trade as Food Forward. GFF has advised Food Forward that its organization receives support from and is linked "with folks who are well connected in LA." Thus, GFF is promoting its services and soliciting donations from the same individuals and organizations that donate money, food or provide volunteers and other support to Food Forward.

21. GFF's activities are likely to cause consumer confusion, as potential donors, consumers and the public will mistakenly believe GFF is sponsored by, endorsed by or affiliated with Food Forward when it is not.

22. Despite being aware of Food Forward's strong presence in Los Angeles and throughout California, and being placed on notice by Food Forward of its infringing activities, GFF willfully continues to use the name and mark GROWING FOOD FORWARD in connection with its provision of services.

## VI.   THE HARM TO FOOD FORWARD CAUSED BY GFF

23. The mark GROWING FOOD FORWARD is confusingly similar to and completely subsumes the entirety of the FOOD FORWARD Trademark. GFF uses this mark in connection with to identify the charitable services in the same channels of trade as Food Forward. As a result, GFF's use of the mark GROWING FOOD FORWARD is likely to cause confusion, or to cause mistake, or to deceive customers, donors and the public as to the origin, sponsorship, or approval of GFF's goods, services, or commercial activities.

24. GFF's unlawful and willful infringement of the FOOD FORWARD Trademark is causing irreparable harm and injury to Food Forward's reputation and goodwill. Food Forward will continue to suffer irreparable harm and injury so long as GFF continues to use the mark GROWING FOOD FORWARD.

## VII. CAUSES OF ACTION

### First Claim

### Federal Trademark Infringement

25. Food Forward realleges and incorporates all preceding allegations as if stated herein.

26. GFF's actions described herein constitute infringement of Food Forward's federally-registered FOOD FORWARD Trademark, in violation of the Lanham Act, 15 U.S.C. §§ 1114 through 1118.

27. GFF's actions have been willful and intentional, making this an exceptional case pursuant to 15 U.S.C. § 1117.

### Second Claim

### False Designation of Origin and Unfair Competition under the Lanham Act

28. Food Forward realleges and incorporates all preceding allegations as if stated herein.

29. GFF's actions described herein above constitute false designation of origin, misrepresentation, and unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

30. GFF's actions have been willful and intentional, making this an exceptional case pursuant to 15 U.S.C. § 1117.

### Third Claim

### California State Law Unfair Competition

31. Food Forward realleges and incorporates all preceding allegations as if stated herein.

32. GFF's actions described herein are likely to cause confusion, or to cause mistake, or to deceive as to the origin, sponsorship or approval of GFF's services and related commercial activities. GFF's actions are an unlawful or unfair business act or practice and constitute unfair competition in violation of Cal. Bus. & Prof. Code §§ 17200, et seq.

33. GFF's actions described herein have caused Food Forward to suffer economic damage, have resulted in unjust enrichment to GFF, and have caused and will continue to cause, unless enjoined by this Court, substantial and irreparable damage and injury to Food Forward and the public, for which damage and injury Food Forward has no adequate remedy at law.

## Fourth Claim
## California Common Law Unfair Competition

34. Food Forward realleges and incorporates all preceding allegations as if stated herein.

35. GFF's actions described herein constitute common law trademark infringement and unfair competition in violation of the laws of the State of California.

## VIII.  PRAYER FOR RELIEF

WHEREFORE, Food Forward respectfully prays for the following relief:

1. Entry of preliminary and permanent injunctions enjoining GFF and its servants, agents, employees, successors and assigns, and all persons acting in concert with them, from using in any manner the FOOD FORWARD Trademark or any other trademark confusingly similar to the FOOD FORWARD Trademark, including (I) use of the name or mark GROWING FOOD FORWARD in connection with charitable services, namely, the growing of fruits and vegetables in reclaimed spaces to provide produce to people and communities in need, (ii) use as part of a domain name, including the domain name <growingfoodforward.org>, (iii) use on websites, including at its website www.growingfoodforward.org, and (iv) and use in social media, including its Facebook page at www.facebook.com/GrowingFoodForward, its Twitter page at http://twitter.com/growfoodforward, and its Pinterest page at www.pintrest.com/kimdoylewille/growing-food-forward/.

      2.     Ordering GFF to deliver to Food Forward for destruction all signs, advertisements, literature, business forms, cards, labels, packages, wrappers, pamphlets, brochures, receptacles, and any other written or printed material in their possession or under their control which contain the mark GROWING FOOD FORWARD or encompass the FOOD FORWARD Trademark, including any marks or trade dress confusingly similar to the FOOD FORWARD Trademark and any colorable imitations thereof; or which contain any false or misleading representation of fact;

      3.     Ordering GFF to file with this Court and serve on Food Forward's counsel within thirty (30) days after the Court's issuance of a judgment, a report setting forth in detail the manner and form in which GFF has complied with Paragraphs 1 through 2 of Food Forward's Prayer for Relief;

      4.     Awarding compensatory damages sustained by Food Forward and profits earned by GFF as a result of the acts complained of herein pursuant to federal and state law, to be trebled in accordance with 15 U.S.C. § 1117 or other applicable federal or state laws;

      5.     Awarding Food Forward its attorneys' fees pursuant to 15 U.S.C. § 1117, and other applicable federal or state laws; and

      6.     Awarding Food Forward interest, costs, and such other relief as the Court may deem just and equitable.

DATED: January 10, 2017              Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
CINDY L. CADITZ
SEAN M. SULLIVAN
DIANA PALACIOS

By: /s/ Sean M. Sullivan
     Sean M. Sullivan

Attorneys for Plaintiff
FOOD FORWARD, INC.

# JURY DEMAND

Plaintiff Food Forward, Inc. ("Food Forward") hereby demand a trial by jury of all issues so triable.

DATED: January 10, 2017

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
CINDY L. CADITZ
SEAN M. SULLIVAN
DIANA PALACIOS

By: /s/ Sean M. Sullivan
       Sean M. Sullivan

Attorneys for Plaintiff
FOOD FORWARD, INC.

COMPLAINT
DWT 30850932v1 0200563-000008