Sean M. Sullivan (CA State Bar No. 229104)
Email:   seansullivan@dwt.com
Diana Palacios (CA State Bar No. 290923)
Email:  dianapalacios@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California  90017
Telephone:   (213) 633-8644
Facsimile:   (213) 633-6899

Cindy L. Caditz (*pro hac vice to be filed*)
Email:  cindycaditz@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone:   (206) 757-8097
Facsimile:   (206) 757-7097

Attorneys for Plaintiff
FOOD FORWARD, INC.

# IN THE UNITED STATES DISTRICT COURT

## THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD FORWARD, INC., a California nonprofit corporation, | Case No. |
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT BY PLAINTIFF FOOD FORWARD, INC.** |
| v. | |
| GROWING FOOD FORWARD, a Colorado nonprofit corporation, | |
| Defendant. | |

DAVIS WRIGHT TREMAINE LLP

1        Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Food Forward, Inc.

2  ("Food Forward") makes the following disclosures:

3        Food Forward has no parent corporation and no publicly held corporation

4  owns 10% or more of its stock.

5  DATED: January 10, 2017             Respectfully submitted,

6                                      DAVIS WRIGHT TREMAINE LLP

7                                      CINDY L. CADITZ
SEAN M. SULLIVAN

8                                      DIANA PALACIOS

9                                  By:  /s/ Sean M. Sullivan

10                                      Sean M. Sullivan

11                                  Attorneys for Plaintiff
FOOD FORWARD, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CORPORATE DISCLOSURE STATEMENT
DWT 30851155v1 0200563-000008