Sean M. Sullivan (CA State Bar No. 229104)
Email:   seansullivan@dwt.com
Diana Palacios (CA State Bar No. 290923)
Email:  dianapalacios@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California  90017
Telephone:   (213) 633-8644
Facsimile:    (213) 633-6899

Cindy L. Caditz (*pro hac vice to be filed*)
Email:  cindycaditz@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone:   (206) 757-8097
Facsimile:    (206) 757-7097

Attorneys for Plaintiff
FOOD FORWARD, INC.

IN THE UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOD FORWARD, INC., a California nonprofit corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>FOOD FORWARD, INC., a California nonprofit corporation,<br><br>            Defendant. | Case No.<br><br>**CERTIFICATION OF INTERESTED PARTIES BY PLAINTIFF FOOD FORWARD, INC.** |

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Plaintiff Food Forward, Inc. ("Food Forward") certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party: | Relationship to Case: |
|---|---|
| Food Forward, Inc. | Plaintiff |
| Growing Food Forward, Inc. | Defendant |

DATED: January 10, 2017

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
CINDY L. CADITZ
SEAN M. SULLIVAN
DIANA PALACIOS

By: /s/ Sean M. Sullivan
  Sean M. Sullivan

Attorneys for Plaintiff
FOOD FORWARD, INC.