AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17 - cv -217

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Anita Sherman, Registered Agent
was received by me on *(date)* 20 January 2017.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Anita Sherman, Registered Agent, who is designated by law to accept service of process on behalf of *(name of organization)* Growing Food Forward 47 Ptarmigan Dr, Glenwood Springs, CO on *(date)* 26 January 2017 at 6:43pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 28 January 2017

DeEtte Bryson
*Server's signature*

DeEtte Bryson, Process Server
*Printed name and title*

1043 Terrace Circle South
Boulder, CO 80304-970
*Server's address*

Additional information regarding attempted service, etc:

28 JANUARY 2017

STEVEN K. BRYSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134074132
MY COMMISSION EXPIRES NOVEMBER 27, 2017